IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JESSICA RYAN,

     Appellant,

v.                                                                    Case No.     5D22-133
                                                                      LT Case No. 2021-308467-MMDB

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed May 9, 2023

Appeal from the County Court
for Volusia County,
David Cromartie, Judge.

Eric A. Morgan, of Morgan Law, P.A.,
Melbourne, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.